IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| RANDY REED AUTOMOTIVE, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 13-6117-CV-SJ-ODS |
| KATHLEEN SEBELIUS, et al, | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING (1) MOTION FOR PRELIMINARY INJUNCTION AND (2) MOTION TO STAY PROCEEDINGS

Pending is Plaintiffs' Motion for Preliminary Injunction, which seeks to enjoin enforcement of the Affordable Care Act's mandates regarding health insurance coverage for abortifacients, contraception, and sterilization. Defendants responded with a Consent Motion to Stay Proceedings and Notice of Non-Opposition to Plaintiffs' Motion for Preliminary Injunction. The combination of these motions expresses Defendants' agreement to the entry of a preliminary injunction "*only* with respect to the Religious Freedom Restoration Act (RFRA) claim" that lasts until thirty days after the Eighth Circuit issues its Mandates in two cases raising similar RFRA claims. Since the filing of these motions, the Supreme Court has granted Writs of Certiorari in two cases that implicate the same issues: *Sebelius v. Hobby Lobby Stores, Inc.*, No. No. 13-354, and *Conestoga Wood Specialties Corp. v. Sebelius*, No. 13-356.

Given the parties' agreement and the Supreme Court's subsequent actions, the Court grants both parties' motions (Doc. # 14 and Doc. # 16). Defendants are preliminarily enjoined from enforcing the Affordable Care Act's mandates regarding health insurance coverage for abortifacients, contraception, and sterilization. All proceedings in this case are stayed. However, instead of staying the case only until

the Eight Circuit's Mandates are issued, the stay shall last until thirty days after the Supreme Court issues its ruling in the aforementioned cases.

IT IS SO ORDERED.

DATE: December 3, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT